1010

[No. 1580-2.    Division Two.    October 29, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY J. TROHIMOVICH, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. C-4833, Frank E. Baker, J., entered October 10, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 1300-3.    Division Three.    October 29, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK GORDON O'LARRY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 22435, Ralph E. Foley, J. Pro Tem., entered September 23, 1974. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 1294-3.    Division Three.    October 29, 1975.]

CRAFT WALL, INC., *Appellant*, v. CARL PAINTER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Asotin County, No. 11750, Patrick McCabe, J., entered September 17, 1974. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 1215-3.    Division Three.    October 29, 1975.]

PETER J. WUNSCH, *Appellant*, v. SUNSHINE MINING CO., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 216327, William J. Grant, J., entered June 4, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.